Theodore J Piteo, OSB# 090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Pkwy, Suite 160
Portland, OR 97223
Phone: (503) 786-3800

Of Attorneys for Kirk Freeland and Tammy Freeland, Debtors.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 19-32309-pcm7 |
|---|---|
| Kirk Freeland & Tammy Freeland | MOTION FOR ORDER OF CONTEMPT |
| | 11 U.S.C. § 362 |
| | 11 U.S.C. § 105(a) |
| Debtors. | Oral Argument and Evidentiary Hearing Requested |

Pursuant to 11 U.S.C. §§ 105 & 362, Debtors, through their trial attorney, Theodore Piteo, move this Court for an order holding Verizon Wireless ("Creditor") in contempt of the Automatic Stay.

Debtors pray for:

1. An Order holding Creditor in civil contempt;

2. An award of compensatory damages in the amount of $10,000;

3. An award of mild deterrent sanctions not to exceed $5,000;

4. An award of the reasonable attorney's fees and costs necessary to prosecute the motion;

5. Such other equitable relief as may be warranted in the interests of justice.

Debtors support this Motion with the attached memorandum, declaration and exhibits.

Dated: November __5th__, 2019:

                                                                /s/ Theodore J Piteo
                                                                Theodore J Piteo, OSB# 090311
                                                                Michael D. O'Brien & Associates, P.C.
                                                                Of Attorneys for Debtor

Theodore J Piteo, OSB# 090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Pkwy, Suite 160
Portland, OR 97223
Phone: (503) 786-3800

Of Attorneys for Kirk Freeland and Tammy Freeland, Debtors.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 19-32309-pcm7 |
|---|---|
| Kirk Freeland & Tammy Freeland | MEMORANDUM IN SUPPORT OF MOTION FOR ORDER OF CONTEMPT |
| Debtors. | |

Debtors move this Court for an Order of Contempt against Verizon Wireless ("Creditor") and this attached Memorandum shall be made a part of said Motion to substantiate the required elements under Fed R. Bnkr. P. 9020 and 9014 governing Contested Matters.

## INTRODUCTION

This action arises from willful automatic stay violations committed by Creditor in attempting to continue collections against the Debtors after it received the Notice of Filing, see attached Exhibit A. Debtors have suffered harm to their fresh start recovery through the willful actions of Creditor. Creditor's harassment is *per se* intentional and occurred after they had prior notice of Debtors' bankruptcy filing.

## FACTUAL ALLEGATIONS

### I. Case Filing and Discharge Injunction

On June 21, 2019, Debtors commenced a chapter 7 bankruptcy case in this Court and were assigned the above case number. Debtors' bankruptcy paperwork listed Creditor as a holder

of an unsecured debt and holder of a rejected executory contract (the "Debt"). Creditor was served electronically via EDI. *See* Exhibit A. Creditor received that notice.

## II. Creditor's Intentional Violations

Despite the Debtors listing the Debt in their schedules, the Court having sent notice of the filing to Creditor and Creditor calling the Debtors who advised Creditor of the bankruptcy filing, Creditor insists that the Debtor needs to pay a deficiency balance on their Debt. After the call, Creditor began to send multiple collection letters to the Debtors by mail to their residence. The most recent collection letter is attached as Exhibit B. As a result of the collection letters, Debtor suffered anxiety and excessive stress resulting in fear and doubt as to the effectiveness of the Bankruptcy Code and the power of this Court to preserve and perpetuate a fresh start.

## LEGAL POINTS AND AUTHORITIES

### I.  Legal Standard for Contempt

To obtain an order of contempt for violation of a court order for relief, a debtor must prove that a party had knowledge of the order and intended the conduct that violated the order. *See, e.g., ZiLOG, Inc. v. Corning*, 450 F.3d 996, 1007 (9th Cir. 2006). A party with knowledge of the Bankruptcy is charged with knowledge of the Automatic Stay. *Id*. To recover sanctions against a creditor for violation of the automatic stay, a debtor must establish the violation with clear and convincing evidence. *Renwick v. Bennett*, 298 F.3d 1059, 1069 (9th Cir. 2002).

A contempt proceeding in bankruptcy court is properly brought by motion. *Barrientos v. Wells Fargo Bank*, 633 F.3d 1186, 1191 (9th Cir. 2011); Fed. R. Bnkr. P. 9020.

### II.  Remedies under Sections 105 and 362

11 U.S.C. § 105 empowers bankruptcy courts to award debtors compensatory civil contempt remedies for violations of the discharge injunction even without a showing of willfulness. These remedies include an order of contempt, compensatory damages, attorney's

fees and costs, and mild sanctions. *See, e.g., Knupfer v. Lindblade* (*In re Dyer*), 322 F.3d 1178, 1193 (9th Cir. 2003); *Walls v. Wells Fargo Bank*, 276 F.3d 502, 507 (9th Cir. 2002). Punitive damages are also available in situations of egregious conduct. 11 U.S.C. § 362(k).

## ARGUMENT

### I. Clear and Convincing Evidence Establishes Creditor is in Contempt

This Court should hold Creditor in civil contempt because the elements of civil contempt are met, as (1) Creditor received actual written and verbal notices of the bankruptcy filing, (2) the terms of the automatic stay are unambiguous and fixed by statute (3) Creditor intentionally continued collections and harassed, and annoyed the Debtor by sending collection letters and making collection calls.

### II. Debtor Should be Awarded Compensatory Damages, Attorney's Fees, Costs, and Mild Sanctions

Debtor should be awarded actual and compensatory damages in the estimated amount of $10,000 for economic loss and emotional harm; reimbursement of their reasonable attorney's fees and costs necessary to prosecute this matter; and, further, this Court should mildly sanction Creditor in an amount not to exceed $5,000 so it becomes profitable for it to implement procedures that will avoid these types of violations in the future.

## CONCLUSION

For the reasons stated above, Debtors request an evidentiary hearing, so they may prove liability, damages and justify mild sanctions.

Dated: November __5th__, 2019:

/s/ Theodore J Piteo
Theodore J Piteo, OSB# 090311
Michael D. O'Brien & Associates, P.C.
Of Attorneys for Debtor

Theodore J Piteo, OSB# 090311
Michael D. O'Brien & Associates, P.C.
12909 SW 68th Pkwy, Suite 160
Portland, OR 97223
Phone: (503) 786-3800

Of Attorneys for Kirk Freeland and Tammy Freeland, Debtors.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 19-32309-pcm7 |
|---|---|
| Kirk Freeland & Tammy Freeland  Debtors. | DECLARATION OF DEBTOR IN SUPPORT OF MOTION FOR ORDER OF CONTEMPT |

We, Kirk Freeland & Tammy Freeland, being first duly sworn, depose and say under penalty of perjury:

1. We are the Debtors herein and we have personal knowledge of the facts testified hereto.

1. We listed Verizon Wireless ("Creditor") on my bankruptcy schedule E/F with a mailing address: Verizon Wireless, Bankruptcy Administration -Notices, 500 Technology Drive, #550, Weldon Springs, MO 63304-2225. This is an address Creditor provides to the Oregon State Bar and to us on its billing notices.

2. We also listed Creditor on Schedule G. and declared that we were rejecting the service contract we had with Creditor prior to filing a Chapter 7 bankruptcy on June 21, 2019.

3. Despite listing Creditor in my bankruptcy, they have called and sent multiple billing notices directly to us at our residence. A true and correct copy of Creditor's most recent collection letter is attached as Exhibit B.

DECLARATION OF DEBTORS IN SUPPORT OF MOTION FOR ORDER OF CONTEMPT - Page 1 of 2

4. The collection notices from the Creditor caused us to suffer stress and anxiety about whether we would perhaps have to pay this bill. We thought that once we filed bankruptcy and obtained our discharge it would finally end, but Verizon Wireless keeps trying to collect. We thought that our attorney had taken care of everything, but it seemed like maybe Creditor didn't have to follow the rules or our filing didn't apply to them because they just kept attempting to collect from us despite what our attorney told us and despite knowing about our bankruptcy filing.

Date: November 1, 2019

/s/Kirk Freeland
Kirk Freeland, Debtor

Date: November 1, 2019

/s/Tammy Freeland
Tammy Freeland, Debtor

```
                           United States Bankruptcy Court
                                District of Oregon
In re:                                                        Case No. 19-32309-pcm
Kirk Freeland                                                 Chapter 7
Tammy Freeland
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0979-3          User: Admin.              Page 1 of 2           Date Rcvd: Jun 21, 2019
                              Form ID: 309A             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
db/jdb         +Kirk Freeland,    Tammy Freeland,    11218 SW Horny Hollow Trail,    Terrebonne, OR 97760-7622
smg            +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                 Salem, OR 97309-5013
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
101936464      +Account Managment Resources,    726 West Sheridan Avenue,    Oklahoma City, OK 73102-2412
101936465      +Advantis Hospital,    2615 Chester Ave,   Bakersfield, CA 93301-2014
101936466      +Ameritas - Larry & Jo Gallagher,    15 NW Oregon Ave,    Bend, OR 97703-2788
101936467      +Arroyo Grande Hospital,    345 S Halcyon Rd,    Arroyo Grande, CA 93420-3899
101936468      +Attorney David Schumacher,    3439 NE Sandy Blvd, #239,    Portland, OR 97232-1959
101936472      +Central Oregon Pathology Consultants,    1348 NE Cushing Dr.,    Bend, OR 97701-3876
101936475      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
101936477      +Credit Assoc,    358 Ne Marshall Suite 2,   Bend, OR 97701-4364
101936478      +Credit Associates, Inc.,    Bankruptcy Notices,    358 NE Marshall Ave #2,    Bend, OR 97701-4364
101936480      +EOS-CCA,    Attn: Bankruptcy,    700 Longwater Dr.,    Norwell, MA 02061-1624
101936481      +EOS-CCA,    Po Box 981025,    Boston, MA 02298-1025
101936482      +Epic Glass,    3365 Washburn Way,    Klamath Falls, OR 97603-4529
101936484      +Financial Data Systems,    300 E Arlington Bd,    Greenville, NC 27858-5037
101936483      +Financial Data Systems,    Attn: Bankruptcy,    Po Box 688,   Wrightsville Beach, NC 28480-0688
101936485      +Green Truck financial,    921 Cornwall Ave,   Bellingham, WA 98225-5030
101936490      +Mercy SW Hospital,    400 Old River Rd,   Bakersfield, CA 93311-9781
101936492      +Midland Funding,    350 Camino De La Reina S,    San Diego, CA 92108-3007
101936497      +Sears -Citibank Card Services,    Bankruptcy Department,    PO Box 6248,
                 Sioux Falls, SD 57117-6248
101936498      +St. Charles Medical Center,    Attn: Legal Dept.,    2500 NE Neff Rd.,    Bend, OR 97701-6015
101936499      +Stillwater Medical Center,    Central Business Office,    1201 S. Adams Street,
                 Stillwater, OK 74074-5476
101936504      +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
101936503      +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ted@pdxlegal.com Jun 22 2019 01:38:15      THEODORE J PITEO,
                 Michael D. O'Brien & Associates,    12909 SW 68th Pkwy,    Suite 160,   Portland, OR  97223
tr             +EDI: QAEMITCHELL.COM Jun 22 2019 05:38:00      Amy E Mitchell,    POB 2289,
                 Lake Oswego, OR 97035-0074
smg             EDI: ORREV.COM Jun 22 2019 05:38:00      ODR Bkcy,    955 Center NE #353,    Salem, OR  97301-2555
smg            +E-mail/Text: usaor.bankruptcy@usdoj.gov Jun 22 2019 01:39:02      US Attorney,    US Attorney,
                 1000 SW 3rd Ave #600,    Portland, OR 97204-2936
ust             E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Jun 22 2019 01:38:32      US Trustee, Portland,
                 620 SW Main St #213,    Portland, OR 97205-3026
101936469      +EDI: TSYS2.COM Jun 22 2019 05:38:00      Barclay Card Services,    Bankruptcy Dept.,
                 PO Box 8801,    Wilmington, DE 19899-8801
101936471      +EDI: CAPITALONE.COM Jun 22 2019 05:38:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
101936470      +EDI: CAPITALONE.COM Jun 22 2019 05:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
101936473      +EDI: CHASE.COM Jun 22 2019 05:38:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
101936474      +EDI: CHASE.COM Jun 22 2019 05:38:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
101936476      +EDI: CITICORP.COM Jun 22 2019 05:38:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
101936479       EDI: DIRECTV.COM Jun 22 2019 05:38:00      DirectV, LLC,    Attn: Bankruptcy Notices,
                 PO Box 6550,    Greenwood Village, CO 80155-6550
101936486       EDI: IRS.COM Jun 22 2019 05:38:00      Internal Revenue Service,    Bankruptcy Notices,
                 PO Box 7346,    Philadelphia, PA 19101-7346
101936487       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jun 22 2019 01:39:12
                 JH Portfolio Debt Equities,    Bankruptcy Notice,    5757 Phantom Drive, Suite 225,
                 Hazelwood, MO 63042-2429
101936488      +E-mail/Text: ZyCredit.A.User@lesschwab.com Jun 22 2019 01:38:52      Les Schwab Tire Center,
                 20900 Cooley Road,    Bend, OR 97701-3406
101936489      +E-mail/Text: jmeade@mercer-trans.com Jun 22 2019 01:38:17      Mercer Transportation,
                 1128 West Main Street,    Louisville, KY 40203-1400
101936491      +EDI: MID8.COM Jun 22 2019 05:38:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
101936493      +EDI: AGFINANCE.COM Jun 22 2019 05:38:00      OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd St #300,    Evansville, IN 47708-1013
101936494      +EDI: AGFINANCE.COM Jun 22 2019 05:38:00      OneMain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
101936495       EDI: ORREV.COM Jun 22 2019 05:38:00      Oregon Department Of Revenue,    Bankruptcy Notice Dept.,
                 955 Center Street,  NE,   Salem, OR 97301-2555
101936496       EDI: PRA.COM Jun 22 2019 05:38:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
```

```
District/off: 0979-3              User: Admin.              Page 2 of 2              Date Rcvd: Jun 21, 2019
                                  Form ID: 309A             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
101936500          EDI: RMSC.COM Jun 22 2019 05:38:00       SYNCB / CARE CREDIT,    Attn: Bankruptcy Dept,
                    PO BOX 965061,    Orlando, FL 32896-5061
101936501         +EDI: RMSC.COM Jun 22 2019 05:38:00       Synchrony Bank/Walmart,    Attn:  Bankruptcy,
                    Po Box 965060,    Orlando, FL 32896-5060
101936502         +EDI: RMSC.COM Jun 22 2019 05:38:00       Synchrony Bank/Walmart,    Po Box 965024,
                    Orlando, FL 32896-5024
101936505         +EDI: VERIZONCOMB.COM Jun 22 2019 05:38:00      Verizon Wireless,
                    Bankruptcy Administration -Notices,    500 Technology Drive, #550,
                    Weldon Springs, MO 63304-2225
101936506          EDI: WFFC.COM Jun 22 2019 05:38:00       Wells Fargo Bank Ia N,    Attn: Bankruptcy Dept,
                    Po Box 6429,    Greenville, SC 29606
101936507         +EDI: WFFC.COM Jun 22 2019 05:38:00       Wells Fargo Bank Ia N,    P.o. Box 94435,
                    Albuquerque, NM 87199-4435
101936508         +EDI: WFFC.COM Jun 22 2019 05:38:00       Wells Fargo Bank NA,    Attn: Bankruptcy,
                    1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
101936509          EDI: WFFC.COM Jun 22 2019 05:38:00       Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,
                    Des Moines, IA 50306
                                                                                                TOTAL: 29

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Kirk Freeland<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7757<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Tammy Freeland<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0687<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of Oregon | | Date case filed for chapter: 7   6/21/19 |
| Case number: 19–32309–pcm7 | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kirk Freeland | Tammy Freeland |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11218 SW Horny Hollow Trail<br>Terrebonne, OR 97760 | 11218 SW Horny Hollow Trail<br>Terrebonne, OR 97760 |
| 4. | **Debtor's attorney**<br>Name and address | THEODORE J PITEO<br>Michael D. O'Brien & Associates<br>12909 SW 68th Pkwy<br>Suite 160<br>Portland, OR 97223 | Contact phone (503) 786–3800 |
| 5. | **Bankruptcy trustee**<br>Name and address | Amy E Mitchell<br>POB 2289<br>Lake Oswego, OR 97035 | Contact phone (503) 675–9955 |

**For more information, see pages 2 & 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Exhibit A - Page 3 of 5

| 6. | **Bankruptcy clerk's office** | 1050 SW 6th Ave. #700<br>Portland, OR 97204 | Office Hours 9:00 a.m. – 4:30 p.m. |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 503–326–1500<br><br>Date: 6/21/19 |
| 7. | **Meeting of creditors** | **July 29, 2019 at 02:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin.report). | **Bend Juvenile Justice Building, Dennis Maloney Community Justice Center, 63360 NW Britta Street, Building 1, Bend, OR 97701** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 9/27/19** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. See line 13 for other important deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

| | | |
|---|---|---|
| 13. | **Notices Re Proposed Dismissal of Case/Undue Hardship Presumption; and Abandonment of Debtor's Residence (Real Property)** | This case may be dismissed without further prior notice if the debtors fail to complete the meeting of creditors, timely file any documents, or make fee payments ordered by the Court, unless within 21 days of the date in line 6 a party in interest files a written objection to dismissal, setting forth specific grounds, with the Court and sends copies to the debtors' attorney (or debtors if pro se) and trustee.<br><br>Any presumption of undue hardship that may exist in a reaffirmation agreement filed by the debtors shall remain in effect until the effective date of any discharge order entered in this case unless a party in interest objects by **9/27/19**.<br><br>At least 5 days prior to the date of the meeting of creditors, any party in interest who objects to abandonment of the debtors' residence (real property) must file with the Court a written objection and serve a copy on the debtors and debtors' attorney. If no timely objection is filed, the trustee can abandon the property at or after the meeting of creditors upon request of the debtors or mortgage creditor without any further notice requirement. Mortgage creditors are authorized to negotiate a loan modification with a debtor either before or after the meeting of creditors, but any modification reached cannot become effective until the property is abandoned. Mortgage creditors may use the procedure outlined in LBF 751.7, available at https://www.orb.uscourts.gov, to obtain such abandonment. A creditor's contact with the debtors and/or debtors' attorney to effect a modification shall not be considered a violation of the automatic stay of 11 USC §362. Negotiations with represented debtors must be with debtors' counsel who may consent to the creditor communicating directly with the debtors. |
| 14. | **Trustee Appointment** | The trustee named above is hereby appointed as interim trustee in this case. The trustee's bond shall be the blanket bond previously approved and filed with the U.S. Bankruptcy Court Clerk. UNITED STATES TRUSTEE |
| 15. | **Court Information and Legal Advice** | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **3**

**Exhibit A - Page 5 of 5**

Case 19-32309-pcm7    Doc 18    Filed 06/28/19



PO BOX 489
NEWARK, NJ 07101-0489

KIRK FREELAND
11218 SW HORNY HOLLOW TRL
TERREBONNE, OR 97760-7622

00264863
DC10

| | |
|---|---|
| Billing period | Sep 11, 2019 - Oct 10, 2019 |
| Account number | ▮▮▮▮0001 |
| Invoice number | ▮▮▮▮7125 |

See last page for payment options.
Questions? Visit vzw.com/contactus

# Hi Kirk, here's your bill for this month.

 **Balance past due**     $201.54

**Total due**     **$201.54**

$201.54 due immediately

**Exhibit B - Page 1 of 4**

Case 19-32309-pcm7    Doc 18    Filed 11/06/19

 | Billing period Sep 11, 2019 to Oct 10, 2019 | Account # ▮▮▮▮0001 | Invoice # ▮▮▮▮7125



## Balance past due

| | |
|---|---:|
| Previous balance | $201.54 |
| No payment received | $0.00 |

## $201.54
Please pay immediately.



Exhibit B - Page 2 of 4

Case 19-32309-pcm7    Doc 18    Filed 11/06/19

2

 Billing period Sep 11, 2019 to Oct 10, 2019 | Account # ████████00001 | Invoice # ████7125

# Additional information

### Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

### Explanation of Surcharges

Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including: charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers; fees and assessments on our network facilities and services; property taxes; and the costs we incur responding to regulatory obligations. **Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.**

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

### Late Payment Information

A late payment applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law. Failure to pay bills on time may result in negative credit reporting.

### No-cost Feature Information

If your service plan includes an optional, no-cost feature (for example, some plans include a no-cost Apple Music option), electing this feature may affect the taxes, governmental fees, and governmental surcharges that we bill and collect, even though your service plan price does not change.

### FUSC Change

The Federal Universal Service Charge (FUSC) is a Verizon Wireless charge that is subject to change each calendar quarter based on contribution rates prescribed by the FCC. On October 1, the FUSC Increased 7.08% percent of assessable wireless charges, other than separately billed interstate and international telecom charges. The FUSC on separately billed interstate and international telecom charges Increased 25.00% percent. For more details, please call 1-888-684-1888.

### Regulatory Charge Decrease

Effective October 1, 2019, the monthly Verizon Wireless Regulatory Charge for voice-capable devices will decrease from $0.17 to $0.15 per line. The charge for data-only devices remains at $0.02. For further information regarding this charge, review the "Explanation of Surcharges" section of this bill, or consult your wireless service agreement.



**Billing period** Sep 11, 2019 to Oct 10, 2019 | **Account #** ▮▮▮▮0001 | **Invoice #** ▮▮▮▮7125

# You've got options.

We have all sorts of ways to pay so that you can pick the one that's right for you.



**Pay with the My Verizon app**
You can download the My Verizon app in both the App Store and Google Play.



**Pay online at vzw.com**
Go to vzw.com and sign in to My Verizon to pay your bill online.



**Pay by phone: #PMT (#768)**
Simply dial #PMT on your phone and follow the instructions to pay.

---

verizon✓

KIRK FREELAND
11218 SW HORNY HOLLOW TRL
TERREBONNE, OR  97760-7622

**Bill date** October 10, 2019
**Account number** ▮▮▮▮0001
**Invoice number** ▮▮▮▮7125

**Total Amount Due**

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$201.54**

$ ☐☐☐ . ☐☐

PO BOX 660108
DALLAS, TX 75266-0108

Exhibit B - Page 4
Case 19-32309-pcm7    Doc 18    Filed 11/06/19

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.